PROB 12C
(6/16)

Report Date:  December 12, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2019

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zachary Smith-Cline                Case Number: 0980 2:19CR00207-RMP-1

Address of Offender:                          Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Jeffrey L Viken, US District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 27, 2014

Original Offense:        Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1),
                         (b)(1)(B); Counterfeiting and Forging Obligations and Securities of the United States,
                         18 U.S.C. § 471

Original Sentence:       Prison - 100 months;          Type of Supervision: Supervised Release
                         TSR - 48 months

Asst. U.S. Attorney:     U.S. Attorney's Office        Date Supervision Commenced: March 12, 2019

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: March 11, 2023

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Smith-Cline was in direct violation of mandatory condition number 2 by being arrested for felony driving under the influence (DUI), case number 19-1-04349-32.

On March 12, 2019, Mr. Smith-Cline was read his conditions of supervision. He signed the conditions stating that he understood them.

The Washington State Patrol (WSP) report (19-024591) reflects that on November 14, 2019, WSP responded to a motorcycle accident on State Route 395 near mile post 170.  It was reported that Mr. Smith-Cline was driving his motorcycle erratically on the road. One of the witnesses stated that the motorcycle had almost hit him and then started a speed wobble before laying the bike down.

Prob12C
**Re: Smith-Cline, Zachary**
**December 12, 2019**
**Page 2**

Mr. Smith-Cline was coherent, but his eyes appeared blood shot and the reporting officer could smell an obvious odor of intoxicants emanating from his person. Mr. Smith-Cline did not know how much alcohol he had consumed. He was transported to Sacred Medical Center where he was later arrested for felony DUI.

2     **Special Condition # 1**: The defendant shall not consume any alcoholic beverages or intoxicants. Furthermore, the defendant shall not frequent establishments whose primary business is the sale of alcoholic beverages.

**Supporting Evidence**: On November 14, 2019, Mr. Smith-Cline was in direct violation of special condition number 1 by consuming alcohol.

On March 12, 2019, Mr. Smith-Cline was read his conditions of supervision. He signed the conditions stating that he understood them.

On November 19, 2019, Mr. Smith-Cline reported to the United States Probation Office. He self-disclosed that he had met up with a friend and decided to have a few drinks. He understood that this was a violation of his conditions. He stated he became very depressed once he began drinking and decided to drive home on his motorcycle.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/12/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ X ]   The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

12/12/2019

Date