PROB 12C
(6/16)

Report Date: July 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zachary Smith-Cline         Case Number: 0980 2:19CR00207-WFN-1

Address of Offender:              Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Jeffrey L Viken, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 27, 2014

Original Offense:   Ct. 2: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)
Ct. 3: Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471

Original Sentence:  Prison - 100 months;            Type of Supervision: Supervised Release
TSR - 48 months

Asst. U.S. Attorney:  James Goeke              Date Supervision Commenced: March 12, 2019

Defense Attorney:    Roger Peven               Date Supervision Expires: March 11, 2023

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/12/2019, 01/02/2020, and 01/16/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**:  It is alleged that Mr. Smith-Cline violated the terms of his supervised release by consuming controlled substances, heroin, on or about June 16 and 22, 2021, and cocaine, on or about June 24, 2021. |
| | On March 12, 2019, Mr. Smith-Cline's conditions of supervision were explained to him. He signed the conditions stating he understood them. |
| | On June 24, 2021, Mr. Smith-Cline reported to the United States Probation Office. The undersigned had concerns with respect to Mr. Smith-Cline's appearance. He initially denied |

Prob12C
**Re: Smith-Cline, Zachary**
**July 12, 2021**
**Page 2**

using illicit substances, but ultimately admitted to consuming heroin on June 16 and 22, 2021.

In addition, a sweat patch was removed from Mr. Smith-Cline on June 24, 2021, which was previously applied on June 17, 2021, and forwarded to the lab. On July 1, 2021, the results were received from the lab revealing a positive presence for codeine, morphine , 6-AM (all consistent with his admitted use of heroin), as well as cocaine.

7  **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Smith-Cline violated the terms of his supervised release by consuming controlled substances, heroin and cocaine, on or about June 30, 2021.

On March 12, 2019, Mr. Smith-Cline's conditions of supervision were explained to him. He signed the conditions stating he understood them.

On July 1, 2021, Mr. Smith-Cline reported to the U.S. Probation Office. He submitted to urinalysis testing which tested presumptive positive for opiates and cocaine. He denied use and the sample was sent to the lab for additional testing.

On July 2, 2021, Mr. Smith-Cline reported to the U.S. Probation Office. He ultimately admitted to consuming heroin and cocaine, with his last use being on June 30, 2021. Mr. Smith-Cline then signed a drug use admission form.

8  **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Smith-Cline violated the terms of his supervised release by consuming a controlled substance, marijuana, on or about July 1, 2021.

On March 12, 2019, Mr. Smith-Cline's conditions of supervision were explained to him. He signed the conditions stating he understood them.

On June 24, 2021, a sweat patch was applied on Mr. Smith-Cline. On July 1, 2021, the sweat patch was removed and sent to the lab for processing. The lab results were received on July 8, 2021, revealing a positive presence for codeine, morphine and 6-AM (all consistent with the use of heroin), as well as cocaine and marijuana. Mr. Smith-Cline had previously admitted to the use of heroin and cocaine (see violation number 7), but had not disclosed the use of marijuana.

9  **Special Condition #2:** The defendant shall submit a sample of his blood, breath, or bodily fluids at the discretion or upon the request of the probation office.

**Supporting Evidence:** It is alleged that Mr. Smith-Cline violated the terms of his supervised release by failing to appear for random urinalysis (UA) testing on or about July 7 and 8, 2021.

On March 12, 2019, Mr. Smith-Cline's conditions of supervision were explained to him. He signed the conditions stating he understood them.

Mr. Smith-Cline opted into the Sobriety Treatment and Education Program (STEP) and attended his first session In February 2020. He was placed on the color red for UA testing and expected to call the color line daily and appear for testing on the dates the color red is called.

Mr. Smith-Cline failed to appear for testing on July 7 and 8, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/12/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/12/2021
Date