PROB 12C
(6/16)

Report Date: January 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zachary Smith-Cline         Case Number: 0980 2:19CR00207-RMP1

Address of Offender: ███████  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Jeffrey L Viken, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 27, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and 841(b)(1)(B); Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471; |
| Original Sentence: | Prison - 100 months; TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker |
| | Date Supervision Commenced: March 12, 2019 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: March 11, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/26/2023.

On March 12, 2019, a supervision intake was completed. Zachary Smith-Cline acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 1**: The defendant shall not consume any alcoholic beverages or intoxicants. Furthermore, the defendant shall not frequent establishments whose primary business is the sale of alcoholic beverages. |
| | **Supporting Evidence**: It is alleged that Zachary Smith-Cline violated the terms of his supervised release, by consuming alcohol, on or about January 27, 2023. |
| | On January 27, 2023, Mr. Smith-Cline reported to the United States Probation Office. At that time, a urinalysis was requested. He indicated he would need some time to provide a sample. The probation officer attempted to complete a Breathalyzer. During this process, Mr. Smith-Cline was asked about any consumption of alcohol which he then admitted to consuming a couple of beers that day. |

Prob12C
Re: Smith-Cline, Zachary
January 30, 2023
Page 2

Following his admission, Mr. Smith-Cline was taken into custody on an outstanding warrant issued on January 26, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/30/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malaby Peterson*

Signature of Judicial Officer

1/30/2023

Date