PROB 12C
(6/16)

Report Date: January 26, 2023

United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zachary Smith-Cline     Case Number: 0980 2:19CR00207-RMP-1

Address of Offender:     Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Jeffrey L Viken, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 27, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B); Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471 |
| Original Sentence: | Prison - 100 months; TSR - 48 months |
| Asst. U.S. Attorney: | Richard Barker |
| Defense Attorney: | Kathryn Lucido |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 12, 2019

Date Supervision Expires: March 11, 2023

### PETITIONING THE COURT

To issue a warrant.

On March 12, 2019, a supervision intake was completed. Zachary Smith-Cline acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: The defendant shall not consume any alcoholic beverages or intoxicants. Furthermore, the defendant shall not frequent establishments whose primary business is the sale of alcoholic beverages. |
| | **Supporting Evidence**: It is alleged that Zachary Smith-Cline violated the terms of his supervised release, by consuming alcohol, on or about December 22, 2022, and January 9, 2023. |
| | On December 22, 2022, Mr. Smith-Cline reported to Pioneer Human Services (PHS) to submit to a random urinalysis. The sample was sent to the lab for additional testing of alcohol. A lab report was received and noted a positive presence for ethanol. |
| | On January 9, 2023, he was contacted about this positive result and denied alcohol use. He was directed to report to PHS that same day for testing. Mr. Smith-Cline did appear for |

Prob12C
**Re: Smith-Cline, Zachary**
**January 26, 2023**
**Page 2**

  testing at PHS. A Breathalyzer was conducted and noted a positive reading of 0.072. In addition, he submitted to a urinalysis which was sent to the lab for additional testing. A lab report also confirmed a positive presence for ethanol.

  On January 11, 2023, he reported to the probation office as directed and ultimately admitted consuming alcohol on three occasions to include December 22, 2022, and January 9, 2023.

2  **Special Condition # 2**: The defendant shall submit a sample of his blood, breath, or bodily fluids at the discretion or upon request of the probation officer.

  **Supporting Evidence:** It is alleged that Zachary Smith-Cline violated the terms of his supervised release, by failing to appear for random urinalysis, on or about January 6, 2023.

  Mr. Smith-Cline is enrolled in phase testing at PHS. He is required to call the testing line daily to determine if he is required to report that same day for testing of drugs/alcohol.

  PHS reported that Mr. Smith-Cline failed to appear for testing on January 6, 2023.

  On January 9, 2023, Mr. Smith-Cline was contacted. He indicated he believed that he was being removed from the testing line effective January 2023. The undersigned reminded the client that he cannot cease testing without a conversation with the probation officer advising him of that.

3  **Special Condition # 1**: The defendant shall not consume any alcoholic beverages or intoxicants. Furthermore, the defendant shall not frequent establishments whose primary business is the sale of alcoholic beverages.

  **Supporting Evidence**: It is alleged that Zachary Smith-Cline violated the terms of his supervised release, by consuming alcohol, on or about January 25, 2023.

  On January 25, 2023, Mr. Smith-Cline reported to the United States Probation Office at approximately 2:45 p.m. At approximately 4p.m a probation officer met with Mr. Smith-Cline to conduct testing of drugs and alcohol. The officer noted an odor of alcohol coming from Mr. Smith-Cline's person. A Breathalyzer was administered which provided a reading of .082. Mr. Smith-Cline signed an admission form admitting to consuming alcohol the prior evening.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:  01/26/2023

            s/Melissa Hanson

            Melissa Hanson
            U.S. Probation Officer

Prob12C
Re: Smith-Cline, Zachary
January 26, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature of Judicial Officer*
1/26/2023

Date