PROB 12C
(6/16)

Report Date: April 24, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zachary Smith-Cline     Case Number: 0980 2:19CR00207-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer: The Honorable Jeffrey L. Viken, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 27, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), and 841(b)(1)(B); Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471 | |
| Original Sentence: | Prison - 100 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 21, 2023) | Prison - 1 month; TSR - 12 months | |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: February 28, 2023 |
| Defense Attorney: | Katherine Patricia Lucido | Date Supervision Expires: February 27, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On March 1, 2023, a supervision intake was completed. Zachary Smith-Cline acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Smith-Cline is in violation of conditions of supervised release by consuming fentanyl on or around April 18, 2023. |
| | On April 20, 2023, Mr. Smith-Cline reported to the U.S. Probation Office to submit to urinalysis testing. Mr. Smith-Cline admitted ingesting an oxycodone; however, his urinalysis test was presumptive positive for fentanyl and sent to the contract laboratory for further testing. |

Prob12C
Re: Smith-Cline, Zachary
April 24, 2023
Page 2

2   **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Smith-Cline is in violation of his conditions of supervised release by consuming alcohol on or around April 18, 2023.

Mr. Smith-Cline reported to the U.S. Probation Office to submit to urinalysis testing. He admitted to consuming a half pint of vodka on or around April 18, 2023.

3   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** It is alleged Mr. Smith-Cline is in violation of his conditions of supervised release by failing to report to the U.S. Probation Office as directed on April 24, 2023.

On April 20, 2023, Mr. Smith-Cline reported to the U.S. Probation Office. Prior to departing the office, he was directed to report back to the office on April 24, 2023, before 12 p.m. He failed to report as directed on April 24, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 24, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Roanne Malouf Peterson*
Signature of Judicial Officer
4/24/2023
Date