PROB 12C
(6/16)

Report Date: May 4, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zachary Smith-Cline          Case Number: 0980 2:19CR00207-RMP-1

Address of Offender: ███████████████████████████ Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Jeffrey L. Viken, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 27, 2014

| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) and 841(b)(1)(B); Counterfeiting and Forging Obligations and Securities of the United States, 18 U.S.C. § 471 |
|---|---|

| Original Sentence: | Prison - 100 months; TSR - 48 months | Type of Supervision: Probation |
|---|---|---|

| Revocation Sentence: (February 21, 2023) | Prison - 1 month; TSR - 12 months | |
|---|---|---|

| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: February 28, 2023 |
|---|---|---|
| Defense Attorney: | Katherine Patricia Lucido | Date Supervision Expires: February 27, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/24/2023.

On March 1, 2023, a supervision intake was completed. Zachary Smith-Cline acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Smith-Cline is in violation of conditions of supervised release by consuming fentanyl on or around April 25, 2023. |
| | On April 25, 2023, Mr. Smith-Cline reported to the U.S. Probation Office and submitted to urinalysis testing. The urine sample yielded a presumptive positive result for fentanyl. The sample was confirmed positive by the contract laboratory on May 3, 2023. |

Prob12C
**Re: Smith-Cline, Zachary**
**May 4, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 4, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

5/4/2023

Date